(85 South. 826)

GUNN v. STATE. (5 Div. 327.)

(Court of Appeals of Alabama. May 18, 1920.
Rehearing Denied June 29, 1920.)

CRIMINAL LAW ⊚⇒1094—CONVICTION AFFIRMED IN ABSENCE OF BILL OF EXCEPTIONS AND ERROR IN RECORD.

No bill of exceptions appearing in the record, and no error being found after an examination of the record, a judgment of conviction will be affirmed.

Appeal from Circuit Court, Chambers County; S. L. Brewer, Judge.

Leonard Gunn was convicted of manslaughter in the first degree, and appeals. Affirmed.

J. A. Hines, of Lafayette, and Hooton & Vann, of Roanoke, for appellant.
J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. The defendant was indicted for murder. in the first degree and upon the trial was convicted of manslaughter in the first degree, and his punishment fixed at five years' imprisonment in the penitentiary. From the judgment, he appeals.

There is no bill of exceptions in the record, and, after an examination of the record, we find no error. The judgment of the circuit court is therefore affirmed.

Affirmed.